**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Scott Arthur Martin | BKY. NO. 13-05333 MDF
Debtor(s)

CHAPTER 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: M&T)

Respectfully submitted,

**/s/ Thomas Puleo**
Thomas Puleo, Esquire
James C. Warmbrodt, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 825-6306  FAX (215) 825-6406
Attorney for Movant/Applicant