WWR# 20295240

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO. 13-05333 |
| Scott Arthur Martin | Chapter 13 |
| | Judge: ROBERT N OPEL II |
| Debtors | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Notice is hereby given that, while the law firm of Weltman, Weinberg, & Reis Co., L.P.A. ("Weltman") continues to represent Sterling Jewelers Inc dba KAY JEWELERS, Keri Ebeck hereby withdraws as counsel for Sterling Jewelers Inc dba KAY JEWELERS. James P. Valecko of the Weltman law firm is hereby substituted for Keri Ebeck as counsel for Sterling Jewelers Inc dba KAY JEWELERS. Accordingly, in the future, please direct all service and notices of pleadings to New Attorney.

Respectfully submitted,

WELTMAN, WEINBERG & REIS CO., L.P.A.

/S/ James P. Valecko
James P. Valecko, 79596
Weltman, Weinberg & Reis Co.,LPA
436 7th Avenue, Ste 2500
Pittsburgh, PA 15219-1842
Telephone: 412-434-7955
jimvalecko@weltman.com

/S/ Keri P. Ebeck
Keri P. Ebeck , 91298
Weltman, Weinberg & Reis Co.,LPA
436 7th Avenue, Ste 2500
Pittsburgh, PA 15219-1842
Telephone: 412-434-7955
kebeck@weltman.com

WWR# 20295240

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | CASE NO. 13-05333 |
|---|---|
| Scott Arthur Martin | Chapter 13 |
| | Judge: ROBERT N OPEL II |
| Debtors | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Substitution of Counsel was filed and served electronically by the Court's ECF System on 14th day of February, 2018 on all parties having entered an appearance herein

KARA KATHERINE GENDRON
125 State St
Harrisburg, PA 17101-1025
Debtor(s) Attorney

CHARLES J. DEHART, III
8125 Adams Dr Ste A
Hummelstown, PA 17036-8625
Trustee

U.S. Trustee

And by ordinary mail to the following:

Scott Arthur Martin
436 Market St
Newport, PA17074-1115

/S/ James P. Valecko
James P. Valecko, 79596
Weltman, Weinberg & Reis Co.,LPA
436 7th Avenue, Ste 2500
Pittsburgh, PA 15219-1842
Telephone: 412-434-7955
jimvalecko@weltman.com